# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC S. BOWKER,** : | **CIVIL ACTION NO. 1:05-CV-0146** |
| **Plaintiff** : | **(Judge Conner)** |
| **v.** : | |
| **MRS. GUYSER, et al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 26th day of April, 2005, upon consideration of the complaint (Doc. 1) in the above-captioned case, in which plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, seeks redress from numerous employees of the Federal Bureau of Prisons, see 28 U.S.C. § 1915A (mandating preliminary screening of complaints), and it appearing that, of the more than twenty-seven defendants identified in the caption of the complaint, only twenty of them are alleged in the body of the complaint to have been personally involved in conduct underlying plaintiff's claims of constitutional violations, see C.H. ex rel. Z.H. v. Oliva, 226 F.3d 198, 201-02 (3d Cir. 2000) ("[A] defendant in a civil rights case cannot be held responsible for a constitutional violation [in] which he or she neither participated . . . nor approved."), it is hereby ORDERED that:

1. The claims against defendants "Officer DeWald," "D. Barben," "G. Hills," "Lt. Farmer," "C.O. Segraves," "Unit Manager Hattie P. Sims," "C.O. Carper," "all other employees of FCI-Allenwood Federal Prison/Medium Security," and "Unknown Officers and Employees 1 to 200" are DISMISSED without prejudice. See 28 U.S.C. § 1915A(b)(1).

    a.    These defendants are DROPPED as parties to the above-captioned case.  See FED. R. CIV. P. 21.

    b.    Plaintiff is GRANTED leave to file, on or before June 6, 2005, a motion to amend the complaint to include allegations of personal involvement of these defendants and to add these defendants as parties to the above-captioned case.  See Grayson v. Mayview State Hosp., 293 F.3d 103, 108 (3d Cir. 2002); see also FED. R. CIV. P. 15(a), 21; L.R. 15.1.

2. The United States Marshal is directed to effect service of process in the above-captioned case by:

    a.    serving a copy of the summons and the complaint on the defendants in the above-captioned case,

    b.    delivering a copy of the summons and the complaint to the United States Attorney for this district or to an Assistant United States Attorney or clerical employee designated by the United States Attorney in a writing filed with the clerk of the court or sending a copy of the summons and the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States Attorney, and

    c.    sending a copy of the summons and the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia.  See FED. R. CIV. P. 4(i)(2)(B).

                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge