**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC S. BOWKER,** | : | **CIVIL ACTION NO. 1:05-CV-0146** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MRS. GUYSER, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 7th day of June, 2005, upon consideration of plaintiff's

motion for leave to amend the complaint (Doc. 18), and it appearing that the

motion is not accompanied by a proposed amended pleading, <u>see</u> L.R. 15.1(a)

("When a party files a motion requesting leave to file an amended pleading, the

proposed

amended pleading must be retyped or reprinted so that it will be complete in itself

including exhibits and shall be filed on paper as a separate document . . . ."), it is

hereby ORDERED that the motion (Doc. 18) is STRICKEN from the record in the

above-captioned case without prejudice to plaintiff's right to file a properly

supported motion for leave to amend the complaint.  <u>See</u> L.R. 15.1.  The Clerk of

Court is directed to forward to plaintiff a copy of the form to be used by a prisoner

in filing a civil rights complaint and a copy of the complaint (Doc. 1) filed in this

case.

    <u>  S/ Christopher C. Conner  </u>
    CHRISTOPHER C. CONNER

United States District Judge