# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC S. BOWKER,** | : | **CIVIL ACTION NO. 1:05-CV-0146** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MRS. GUYSER, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of August, 2005, upon consideration of plaintiff's motion for an enlargement of time (Doc. 29) in which to file a brief in opposition to defendants' motion to dismiss (Doc. 28), filed on August 2, 2005, and it appearing that a brief in support of the motion to dismiss has not been filed as of the date of this order, see L.R. 7.5 (requiring brief in support to be filed within ten days of filing of pre-trial motion), it is hereby ORDERED that the motion for an enlargement of time (Doc. 29) is GRANTED as follows:

1. Defendants shall file a brief in support of the motion to dismiss (Doc. 28) on or before August 16, 2005. Failure to file a timely brief in support will result in the motion to dismiss (Doc. 28) being deemed withdrawn. See L.R. 7.5.

2. Plaintiff shall file a brief in opposition to the motion to dismiss (Doc. 28) on or before September 15, 2005. Failure to file a timely brief in opposition will result in the granting of the motion to dismiss (Doc. 28) and dismissal of the above-captioned case. See FED. R. CIV. P. 41(b).

                                             S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge