# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC S. BOWKER,** | : | **CIVIL ACTION NO. 1:05-CV-0146** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MRS. GUYSER, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 21st day of October, 2005, upon consideration of the order of court (Doc. 36) directing plaintiff to file a brief in opposition to the motion to dismiss or for summary judgment (Doc. 28) by October 17, 2005, see L.R. 7.6; FED. R. CIV. P. 41(b), and it appearing that, as of the date of this order, plaintiff has not filed a brief in opposition, it is hereby ORDERED that plaintiff shall, on before October 28, 2005, file a response showing cause why the above-captioned action should not be dismissed for failure to prosecute.  See FED. R. CIV. P. 41(b); see also Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984).

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge